**FILED & ENTERED**

APR 11 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY GONZALEZ DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**K G Development LLC**

Debtor(s).

Case No: **2:10-bk-16562-ER**

Chapter:   11

U.S. TRUSTEE MOTION TO DISMISS OR CONVERT UNDER 11 U.S.C. SECTION 1112(B) OF THE BANKRUPTCY CODE

New Date: April 29, 2010
Time:      11:00 a.m.
Location:  Ctrm. 1568
           Roybal Federal Building
           255 East Temple Street
           Los Angeles, CA 90012

The Court HEREBY CONTINUES the April 15, 2010 hearing to April 29, 2010 at 11:00 a.m.

IT IS SO ORDERED.

DATED: April 11, 2010

_____
United States Bankruptcy Judge

- 1 -

- 2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

**Notice is given by the court that a judgment or order entitled (*specify*) U.S. TRUSTEE MOTION TO DISMISS OR CONVERT UNDER 11 U.S.C. SECTION 1112(B) OF THE BANKRUPTCY CODE**

**was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:**

    **I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 11-3-09 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Eric Bensamochan    eric@easy-law.net
- Dare Law    dare.law@usdoj.gov
- Donna T Parkinson    donna@parkinsonphinney.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

    **III.**    **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: