| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase<br>Law Offices Of Anthony O. Egbase & Associates.<br>350 South Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>(213) 620-7070 Fax: (213) 620-1200<br>California State Bar Number: 181721<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
<u>LOS ANGELES</u>    **DIVISION**

| In re: K.G. DEVELOPMENT, LLC | CASE NO: 2:10-bk-16562 ER<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. *Title of motion:*  <u>Emergency Motion To Reconsider Order Imposing180-Day Bar Against Debtor Refiling of Chp 11</u>

    b. *Date of filing of motion:*  <u>5/19/10</u>

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

    a. Briefly specify the relief requested in the motion:

    Debtor motion seeks that the Court enter an Order, on an emergency basis, to reconsider order imposing 180-Day Bar Against Debtor's Refiling of Chapter 11 Case, in order for Debtor to be able refile a petition to organize and restructure the principal asset of the company. The lender previously noticed a auction sale date of the property and without the removal of the restriction the Debtor will loose the only asset to foreclosure. The vacation of the 180 Day Bar will also allow Jung Hee Kim the sole share holder and personal guarantor of the debtor's loan to file a Chapter 11 petition. Ms. Kim is in default in her residential mortgage and wants to file a Chapter 11 bankruptcy, in order to restructure her liabilities and save her residential home from foreclosure.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 1    **F 9075-1.1.APPLICATION**

    b.   Identify the parties affected by the relief requested in the motion:

        K.G. Development, LLC
        Jung Hee Kim, President/Ceo of K.G. Development, (Personal Guarantor)

    c.   State the reasons necessitating a hearing on shortened time:

        Debtor's is in jeopardy of losing the company's' principal asset to the lender. The lender had noticed the sale of the the property prior to the Debtor's previous Chapter 11 petition that was ordered dismissed with restriction on May 13, 2010, due to Debtor's prior's counsel's lack of competence. He failed to provide the 7-day package and addendum documents. The debtor has now cured the deficiency and herein wished to have a motion heard on a shortening time in order to avoid an impending foreclosure and to allow Ms. Kim (the personal guarantor of the Debtor's loan) to seek a relief from the default on her personal mortgage through a chapter 11 petition.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.
See Declaration of Hung Hee Kim and Anthony Egbase.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date: 5/18/10

                                                        Law Offices of Anthony O. Egbase
                                                        *Print Law Firm Name (if applicable)*

Anthony O. Egbase                                                                                 
*Print Name of Individual Movant or Attorney for Movant*        *Signature of Individual Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                               Page 2                                        **F 9075-1.1.APPLICATION**

Anthony O. Egbase, (SBN 181721)
**LAW OFFICES OF ANTHONY O. EGBASE**
The World Trade Center
350 South Figueroa Street, Suite 189
Los Angeles, California 90071
Tel.(213)620-7070; Fax. (213)-620-1200

Attorney For Debtor,

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

Re:

**K G DEVELOPMENT, LLC**, a California Limited Liability Company.

Debtor

Case No.: 2 10-bk-16562-ER

Chapter 11

**Declaration of Jung Hee Kim In Support of Debtor's Motion to Reconsider Order Of Dismissal and Or Vacate Special Restriction Against Re-Filing.**

I Jung Hee Kim declares as follows:

1. I am the President and CEO of K.G. Development, LLC, the Debtor in the instant proceeding. I make this declaration based on my personal knowledge of the facts stated herein and if called to testify, I will competently testify to the following.

2. This declaration is made in support of Debtors Emergency Motion to Reconsider and or Vacate Section (109(g) 180-Day Bar against Debtors Re-filing of a Chapter 11 Case.

3. I am the sole share holder and the sole manager of K.G. Development, LLC, and I filed a voluntary petition under Chapter 11 Bankruptcy proceeding on February 23, 2010, in order to reorganize and restructure the company's debt and liabilities.

4. The principal asset of the company is a 6000 square foot commercial building on a 17,000 square foot lot, addressed as 2650 W. Temple Street, Los Angeles, CA 90026 ("Property"). The building is partitioned into four (4) suites and it's now fully rented to three (3) businesses ("Clinics"). Zion Bank is the secured lender on this property and possess a secured lien by virtue of the SBA Loan.

5. I personally guaranteed the major liability being the SBA loan securing the sole asset of the company.

6. I previously retained the law offices of Bensamochan and Poghosyan to represent the company in the Chapter 11, bankruptcy proceeding. I thought all the procedures were duly followed by my previous counsel and was surprised to receive trustee's motion to dismiss my Chapter 11 petition.

7. I have been informed that the trustee's Motion To Dismiss the Chapter 11, petition was based on failure to timely submit the Disclosure statement, financial statements and the addendum documents to the "7-Day Package"

8. I complied with all the instruction and requirement given to me by my previous Attorney. I timely provided all the documents that the previous Attorney requested me to provide, and I also closed the company's account and opened a Debtor in Possession (DIP) account as he advised me to.

9.  Since I promptly provided all these documents to my previous counsel, the failure to file and or submit the required documents to the court or trustee is as a result of the dilatory conduct of my previous counsel.

10. Upon releasing my previous counsels' lack of diligent attention to the this bankruptcy proceeding, I decided to hire another counsel, I have retained the present counsel Anthony Egbase to rectify all the deficiencies in my petition and to submit all the outstanding documents.

11. I have reviewed the requested documents with Mr. Egbase and provided all the documents responsive to the deficiencies that caused the trustee to file the motion to dismiss the company's Chapter 11 petition. Attached as Exhibit A, is a true copy of the 7-Day Package Cover Sheet detailing the list of documents that have been submitted to the trustee.

12. I want to file a Chapter 11, proceeding to reorganized and restructure my personal debts and liabilities towards a means to redress the arrearages on my personal residential home. The current special restriction against re-filling a bankruptcy case (180-day bar) restricts my ability to file the bankruptcy petition to organize and restructure my personal debts and liberties and therein put me in jeopardy.

13. Setting aside the dismissal or vacating the special restriction will assist the company to proceed with the reorganization and restructure of the company's debts and liabilities. Otherwise, the lender will proceed to foreclose on the commercial building (the primary assets of the company).

1. The lender has refused previous appeal from the company to negotiate the payment of the arrearages that resulted when the company had shortage of tenants in the building. The company is now fully occupied.

14. I personally guaranteed the major liability being the SBA loan securing the sole assets of the company and I intend to personally commence a bankruptcy proceeding in order to sufficiently restructure the liabilities.

15. I pray the court to reconsider and dismissal of the Chapter 11 petition or set aside the special restriction-period against refilling a new bankruptcy case in order to avoid the undue prejudice that could result to the company and me.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and that this declaration is executed on May 17, 2010, in Los Angeles. California

Declarant.
Jung Hee Kim,
President/CEO- K.G. Development, LLC (Debtor)

## DECLARATION OF ANTHONY O. EGBASE

I, Anthony O. Egbase, declare as follows:

1.	I am an attorney at law, qualified to practice in all courts of the State of California and before the United States District Court for the Central District of California.

2.	I have personal knowledge of the matters set forth in this declaration, except where stated upon information and belief, and as to such statements, I believe them to be true. This Declaration is made in support of Debtor's Emergency Motion to Reconsider Order Imposing 180-Day Bar Against Debtor's Refiling of a Chapter 11 Case.

3.	Debtor through its sole official and share holder Jung Hee Kim has conditionally retained me file a new Chapter 11 Case because, according to her declaration attached, her prior counsel, Mr. Eric Besamochan lacked the competence and diligence required to handle Chapter 11 bankruptcy case and his inefficiencies resulted in Debtor's Chapter 11 case being dismissed.

5.	Debtor informed me that she timely provided all the required documents that she was to produce in order to comply with the filing requirements OUST, but the prior counsel failed to comply with the Chapter 11 case procedures and did not submit the 7-Day Package to the Trustee.

6.	I have reviewed the file provided by the Debtor and obtained all the necessary documents required to comply with the deficiencies that caused the U.S. Trustee to request for a dismissal of Debtors case. As of the time of filing this motion a true and correct copy of the 7-Day package and addendum documents have been submitted to the U.S. Trustee office. A true and correct copy of the 7-Day package cover sheet detailing the documents submitted to the U.S trustee is attached herein as Exhibit A.

---

EMERGENCY MOTION TO VACATE SECTION 109(G) 180-DAY BAR                                7

7.  Also attached is a true and correct copy of a check in the amount of $325 representing debtor's quarterly payment to the O.U.S.T. See Attached Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 18, 2010, at Los Angeles, California

Anthony O. Egbase

Name of Declarant

Signature of Declarant.

EMERGENCY MOTION TO VACATE SECTION 109(G) 180-DAY BAR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 S. FIGUEROA STREET, SUITE 189, LOS ANGELES, CALIFORNIA 90071

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___5/19/10___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Dare Law---dare.law@usdoj.gov
United States Trustee--- ustpregion16.la.ecf@usdoj.gov

☑ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___5/19/10___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/19/2010 | JOANNE SANCHEZ | /s/ Joanne Sanchez |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 3    F 9075-1.1.APPLICATION

SERVICE LIST

AMERICAN EXPRESS

P. O. BOX 397871

FORT LAUDERDALE, FL 33329


MORTGAGE LENDER SERVICES, INC

4401 HAZEL AVENUE

FAIR OAKS, CA 95628-6668


ZION FIRST NATIONAL BANK

LEGAL SERVICES UT ZB11087

P.O. BOX 30709

SALT LAKE CITY, UT 84130-0709


DARE LAW,

OFFICE OF THE UNITED STATES TRUSTEE

725 S. FIGUEROA STREET, SUITE 2600

LOS ANGELES, CA 90017


LOS ANGELES DIVISION

255 EAST TEMPLE STREET

LOS ANGELES, CA 90012-3332